**IN THE SUPREME COURT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : NO. 984 |
| | : |
| DESIGNATION OF CHAIR AND VICE-CHAIR OF THE COMMITTEE ON RULES OF EVIDENCE | : SUPREME COURT RULES DOCKET |
| | : |
| | : |

## ORDER

**PER CURIAM**

     **AND NOW**, this 19th day of April, 2024, Gaetano A. D'Andrea, Esquire, is hereby designated as Chair, and the Honorable Bret M. Binder is designated as Vice-Chair, of the Committee on Rules of Evidence, commencing May 1, 2024.